| | |
|---|---|
| 1 | DAN MARMALEFSKY (CA SBN 95477) |
| 2 | MARK R. MCDONALD (CA SBN 137001)<br>JEREMIAH M. LEVINE (CA SBN 288377) |
| 3 | MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000 |
| 4 | Los Angeles, California  90017-3543<br>Telephone:  213.892-5200 |
| 5 | Facsimile:   213.892-5454<br>DMarmalefsky@mofo.com |
| 6 | MMcDonald@mofo.com<br>JLevine@mofo.com |
| 7 | Attorneys for Defendants |
| 8 | JAMES R. APPLETON, BRUCE J. BARTELLS,<br>CAROLE H. BESWICK, LARRY F. JACINTO, |
| 9 | RONALD J. JEFFREY, WILLIAM A. MCCALMON,<br>PATRICK J. MEYER, STANLEY C. WEISSER, |
| 10 | DOUGLAS F. WELEBIR, THOMAS E. VESSEY,<br>JOHN LANG, and CLIFFORD SCHOONOVER |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS FDIC FOR 1st CENTENNIAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>JAMES R. APPLETON, *et al.*,<br><br>Defendants. | Case No.  CV-11-00476 JAK (PLA)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1))**<br><br>Judge:        Hon. John A. Kronstadt<br>Courtroom:   750 |

la-1221585

The parties, by and through their undersigned counsel of record, hereby stipulate and agree that the above-captioned action may be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without the award of costs or attorneys' fees to any party.

Dated: September 10, 2013

MORRISON & FOERSTER LLP
DAN MARMALEFSKY
MARK R. MCDONALD"
JEREMIAH M. LEVINE

By: */s/ Mark R. McDonald*
      Mark R. McDonald

Attorneys for Defendants

Dated: September 10, 2013

NOSSAMAN LLP
PATRICK J. RICHARD
S. ASHAR AHMED

By: */s/ Patrick J. Richard*
      Patrick J. Richard

Attorneys for Plaintiff
Federal Deposit Insurance Corporation

1

la-1221585